■ ARTHUR LEE OF RED ROCK, INC., Appellant, v ESTHER VOGEL et al., Defendants, and LAURA PAWEL, Respondent.— Appeal from a judgment of the Supreme Court at Special Term (Cholakis, J.), entered October 22, 1984 in Columbia County, which granted defendant Laura Pawel's motion for summary judgment dismissing the complaint against her.

Judgment affirmed, with costs, upon the opinion of Justice Con. G. Cholakis at Special Term. Kane, J. P., Main, Yesawich, Jr., Levine and Harvey, JJ., concur.